# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts Southern
District of Texas
FILED

*December 6, 2021*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Valeria Nohemi LUGO<br>United States Citizen<br>YOB 1994<br>*Defendant(s)* | Case No.  7:21-MJ-2548-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 6, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Defendant did knowingly and intentionally posess with intent to distribute approximately 5.77 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
SEE ATTACHMENT "A"

☑ Continued on the attached sheet.

Complaint authorized by AUSA Jongwoo Chung

/s/ John M. Gould
*Complainant's signature*

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

John Gould, Special Agent, HSI
*Printed name and title*

Date: December 6, 2021 at 9:30 p.m.

*Judge's signature*

City and state:  McAllen, TX

J. Scott Hacker, US Magistrate Judge
*Printed name and title*

**Attachment "A"**

On or about December 6, 2021, the Hidalgo County Sheriff's Office (HCSO) conducted a traffic stop on Valeria Nohemi LUGO for a traffic infraction on US Route 281 in Edinburg, Texas. LUGO was the driver of a blue 2017 Volkswagen Tiguan displaying Texas license plate LZD2857. LUGO was accompanied by a dog in the front passenger seat and a toddler in the back seat of the vehicle.

During the vehicle stop, an HCSO narcotics canine positively alerted to the presence of a controlled substance in the vehicle. Upon subsequent search of the vehicle, packages were discovered under a dog bed on top of the front passenger seat and also in a rear panel of the vehicle.

Special agents with HSI McAllen conducted an interview of LUGO at the HSI McAllen office. LUGO was read the Miranda Warnings which she waived and voluntarily agreed to speak with agents.

LUGO stated that "I don't know what drug it is, but I know it's a narcotic." LUGO also stated that she was to be paid $3,000 after delivering the packages to San Antonio.

HSI special agents removed five packages totaling approximately 5.77 kilograms. A field test of the substance showed a positive reaction for cocaine.